UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIAM J. HERRINGTON (#121183)

VERSUS

JASON KENT, ET AL.

CIVIL ACTION

20-265-SDD-SDJ

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Scott D. Johnson, on July 31, 2023, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the application for habeas corpus relief filed by Petitioner William J. Herrington is denied, with prejudice, as untimely. In the event that Petitioner William J. Herrington seeks to pursue an appeal, a certificate of appealability is denied.

Signed in Baton Rouge, Louisiana the 30 day of August, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 17.